UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VALENTIN REID,

                Plaintiff,

        -against-                          ORDER

TICKETNETWORK, INC.,             19-CV-4824 (PGG)(KNF)

                Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The defendant was directed to respond to the complaint on or before December 6, 2019, without the prospect of the time for the response being enlarged. See Docket Entry No. 15. The docket sheet maintained by the Clerk of Court for this action does not reflect that: (1) a response to the complaint was filed by the defendant; or (2) the plaintiff has made any application pursuant to Fed. R. Civ. P. 55. Therefore, on or before February 3, 2020, the plaintiff shall advise the Court, in writing, of the status of the action. A failure to comply with a court order may result in sanctions, including the dismissal of the action.

Dated: New York, New York           SO ORDERED:
       January 30, 2020

                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE